Motion For Writ of Habeas Corpuss'

To whom this may Concern:

Hello Mr./Mrs. united states court clerk. I'm writing to you in regards of A Federal habeas petition form under the 28 USC § 2241. The writ I am asking for is also for pre-trial detainee's awaiting trial in detention centers like my-self, and are in violation of any federal law, or Constitutional U.S. amendment rights. Thee appeal I'm attempting to make is referred to as a "collateral attack", based on the federal violations by law. My fifth, sixth, eight, & fourteenth amendment rights, of the united states Constitutional laws are continuously being disregarded, as imposed to the very neglectful Coronavirus pandemic. I was appointed ineffective counsel, I was assaulted, there are excessive bail amounts and cash fines attatched on some of the dockets, I was taken away from my benefactor (SSDI), and programs, immunities because of the pandemic, etc. I have more than four grounds, numerous supporting facts, & a ton of radio show host as well as too many informational documentation. I am being confined over at the nashua street County Jailhouse, awaiting trials in each matter, which has little to no/none evidence incriminating me whats-so-ever. It is hard to acquire video habe session on labtops, to schedule very important meeting with each of my attorneys. Phone calls are limited in such a way that several units are quarantining, to prevent the spread of the disease. Everyone, including the prison officials, share the same air quality. I have tested negative twice, which did not require any vaccination. Please send two copies of this one particular habe petition, one for my filed-stamped return copy, and one for the Supreme District Court. If you have any questions, you can contact me via video habe, or via air-mail. Thank you for your cooperation in regards to this form.

Respectfully Submitted,
P. Ron   ID# 2101555
Detainee, Suffolk County Jail

U.S. DISTRICT COURT
DISTRICT OF MASS
2021 OCT 27  PM 12:40
FILED
IN CLERKS OFFICE